|  |  |
|---|---|
| IN RE:<br><br>Darryl Spivey and<br>　Sharon Blalark,<br><br>　　　　Defendants/Petitioners | : COURT OF COMMON PLEAS<br>: PHILADELPHIA COUNTY<br>:<br>: NO.   14-11312<br>: |

## NOTICE FOR DEBTOR'S MOTION TO Modify PLAN

　　Debtors have filed a Motion to Modify Plan with this court.
　　**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

　　If you want the court to consider your views on the Motion, then on or before **11/2/16** you or your attorney must:

　　File with the court a written response at:
　　U.S. Bankruptcy Court
　　 900 Market Street
　　 Philadelphia, PA  19107
　　Attn: Bankruptcy Clerk

　　If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

　　You must mail a copy to:
　　Georgette Miller
　　 Law Offices of Georgette Miller, Esq., P.C.
　　335 Evesham Avenue
　　Lawnside, NJ  08045

　　You or your attorney must attend the hearing scheduled to be held on **11/10/16** at **11:00am** in Courtroom # 5 US. Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

　　If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: 10/17/2016　　　　　　　　　　　　　　　　　　　/s/ Michelle Lee___
　　　　　　　　　　　　　　　　　　　　　　　　　　　Michelle Lee, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　　　　Law Offices of Georgette Miller Esq., P.C
　　　　　　　　　　　　　　　　　　　　　　　　　　　119 S. Easton Road
　　　　　　　　　　　　　　　　　　　　　　　　　　　Glenside, PA 19038

{00225243;v1}