United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Sharon R Blalark
Darryl A Spivey
    Debtors

Case No. 14-11312-mdc
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: DonnaR | Page 1 of 1 | Date Rcvd: Jan 13, 2017 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 3 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2017.
db/jdb      +Sharon R Blalark,   Darryl A Spivey,   2153 Hamilton Avenue,   Abington, PA 19001-1730
aty         +MICHELLE LEE,   Georgette Miller & Associates,   119 South Easton Road,
          Glenside, PA 19038-4525

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13265345       E-mail/Text: ebn@vativrecovery.com Jan 14 2017 02:08:43     Palisades Acquisition IX, LLC,
               Vativ Recovery Solutions LLC, dba SMC,   As Agent For Palisades Acquisition IX, L,
               PO Box 40728,   Houston TX 77240-0728
                                                                                                           TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2017                                                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2017 at the address(es) listed below:
        ANDREW F GORNALL    on behalf of Creditor    M&T BANK agornall@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        GEORGETTE   MILLER    on behalf of Debtor Sharon R Blalark info@georgettemillerlaw.com,
         georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
         rlaw.com
        GEORGETTE   MILLER    on behalf of Joint Debtor Darryl A Spivey info@georgettemillerlaw.com,
         georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
         rlaw.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                           TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DARRYL SPIVEY
      SHARON BLALARK   :   CHAPTER 13
                                    :
      DEBTORS   :   CASE NO: 14-11312

## ORDER

AND NOW, this 12th day of January, 2017, having heard Debtor's Objection to Palisades Acquisitions IX LLC Proof of Claim No. 3 and any responses thereto, it is hereby ORDERED that Debtor's objection to the Proof of Claim No. 3 is SUSTAINED. Proof of Claim No. 3 setting forth an unsecured debt of $623.21 is hereby disallowed.

*Magdeline D. C------*
HONORABLE JUDGE COLEMAN