United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 14-11312-mdc
Sharon R Blalark                                                Chapter 13
Darryl A Spivey
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: DonnaR              Page 1 of 1             Date Rcvd: Jan 13, 2017
                              Form ID: pdf900           Total Noticed: 2
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2017.
db/jdb         +Sharon R Blalark,    Darryl A Spivey,   2153 Hamilton Avenue,    Abington, PA 19001-1730
aty            +MICHELLE LEE,   Georgette Miller & Associates,    119 South Easton Road,
                 Glenside, PA 19038-4525
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2017 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    M&T BANK agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              GEORGETTE   MILLER    on behalf of Joint Debtor Darryl A Spivey info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com
              GEORGETTE   MILLER    on behalf of Debtor Sharon R Blalark info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                               TOTAL: 7
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DARRYL SPIVEY
        SHARON BLALARK     :     CHAPTER 13
                                   :
        DEBTORS               :     CASE NO: 14-11312

## ORDER

AND NOW, this __12th__ day of __January__, 2017, having heard Debtor's Objection to Resurgent Capital Service Proof of Claim No. 12 and any responses thereto, it is hereby ORDERED that Debtor's objection to the Proof of Claim No.12 is SUSTAINED. Proof of Claim No.12 setting forth an unsecured debt of $217.71 is hereby disallowed.

_Magdeline D. Co_____
HONORABLE JUDGE COLEMAN