# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re: Sharon R Blalark and** | : | **Chapter 13** |
| **Darryl A Spivey** | : | |
| | : | |
| | : | |
| **Debtors** | : | **Bankruptcy No. 14-11312 MDC** |

### Certificate of No Response

   I, the undersigned, certify that, having served or caused to be served, a copy of the Motion for Permission to Enter into Loan Modification, as shown in the Certification of Service filed in this matter, that more than 14 days have passed and that I have received no response, either oral or written, as of this date.

   I respectfully request that the Court enter the attached Order

Dated: <u>March 7, 2017</u>

Respectfully Submitted,

<u>/s/ Michelle Lee</u>
Michelle Lee, Esquire
Law Offices of Georgette
Miller & Associates, P.C.
119 S. Easton Road
Glenside PA 19038

{00263486;v1}