**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Sharon R. Blalark and Darryl A. Spivey, | : | |
| Debtors. | : | Bankruptcy No.   14-11312-MDC |

# **O R D E R**

**AND NOW**, this 10th day of March, 2017, it is hereby **ORDERED** that if Sharon R Blalark and Darryl A. Spivey (the "Debtors") and M&T Bank ("Mortgagee") elect to enter into the proposed loan modification under the terms proposed by Mortgagee, the Debtors and Mortgagee may do so without there being any violation of the bankruptcy stay, or the provisions of 11 U.S.C. §362.

*[signature]*

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Michelle Lee, Esquire
Georgette Miller & Associates
119 South Easton Road
Glenside, PA 19038

Georgette Miller, Esquire
Law Office of Georgette Miller Esq. PC
335 Evesham Avenue
Lawnside, NJ 08045

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA   19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA   19107