THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Sharon Blalark and Darryl Spivey             :
                                                    :     BK. No. 14-11312 MDC
                                                    :
            Debtor                                  :
                                                    :     Chapter No. 13

# CERTIFICATION OF NO RESPONSE

        I, the undersigned, certify that, having served or caused to be served, a copy of the Modified Plan filed on March 7, 2017, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date.

        I respectfully request that the Court enter the attached Order.

Dated:  April 12, 2017

        /s/ Michelle Lee
        Michelle Lee, Esq.
        Law Offices of Georgette Miller, Esq.,P.C
        119 S. Easton Rd
        Glenside, PA 19038
        Attorney for Debtors

{00269495;v1}