IN RE:

Darryl Spivey and
  Sharon Blalark,

             Defendants/Petitioners

:   COURT OF COMMON PLEAS
:   PHILADELPHIA COUNTY
:
:
:   NO.   14-11312
:
:
:
:

## O R D E R

**AND NOW, this** _13ᵗʰ_ **day of** _April_ **2016,** upon consideration of the

Debtor's Motion to Modify Plan Post-Confirmation, and after notice and hearing, and

with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1.     The Motion is **GRANTED**.

2.     The Debtor's Amended Chapter 13 Plan is **APPROVED**.

_Magdelene D - C_
Honorable M. Coleman