United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                    Case No. 14-11312-mdc
Sharon R Blalark                                          Chapter 13
Darryl A Spivey
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: DonnaR              Page 1 of 1            Date Rcvd: Apr 17, 2017
                               Form ID: pdf900           Total Noticed: 2
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2017.
db/jdb         +Sharon R Blalark,    Darryl A Spivey,    2153 Hamilton Avenue,    Abington, PA 19001-1730
aty            +MICHELLE LEE,    Georgette Miller & Associates,    119 South Easton Road,
                 Glenside, PA 19038-4525
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2017                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2017 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor   M&T BANK agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              GEORGETTE  MILLER    on behalf of Joint Debtor Darryl A Spivey info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com
              GEORGETTE  MILLER    on behalf of Debtor Sharon R Blalark info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor   M&T BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 7
```

|  |  |
|---|---|
| IN RE: | COURT OF COMMON PLEAS |
|  | PHILADELPHIA COUNTY |
| Darryl Spivey and |  |
| Sharon Blalark, |  |
|  | NO.  14-11312 |
| Defendants/Petitioners |  |

## ORDER

AND NOW, this  13th  day of April 2016, upon consideration of the Debtor's Motion to Modify Plan Post-Confirmation, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan is **APPROVED**.

_____
Honorable M. Coleman