IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Darryl Spivey, Sr. and Sharon Blalark    : CHAPTER 13
                                                :
Debtors,                                        : CASE NO. 14-11312

CERTIFICATION OF NO RESPONSE

I, the undersigned, certify that, having served or caused to be served, a copy of the Supplemental Fee Application on <u>August 2, 2017,</u> as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtors Attorney's Supplemental Application for Compensation and Reimbursement of Expenses.

I respectfully request that the Court enter the attached Order.

Dated: August 22, 2017                          /s/ Georgette Miller
                                                Georgette Miller

                                                Law Offices of Georgette Miller
                                                Esq., P.C
                                                335 Evesham Avenue
                                                Lawnside, NJ 08045
                                                856-323-1100
                                                Bar I.D. 86358
                                                Attorney for Debtor

{00284955;v1}