Certificate Number: 15317-PAE-DE-032375279

Bankruptcy Case Number: 14-11312



15317-PAE-DE-032375279

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 2, 2019</u>, at <u>12:47</u> o'clock <u>PM PST</u>, <u>Darryl Spivey</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>March 2, 2019</u>          By:   <u>/s/Eunice Francia</u>

Name:   <u>Eunice Francia</u>

Title:   <u>Counselor</u>