United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 14-11312-mdc
Sharon R Blalark                                                         Chapter 13
Darryl A Spivey
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 2            Date Rcvd: Sep 17, 2019
                              Form ID: 138NEW           Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2019.
db/jdb         +Sharon R Blalark,    Darryl A Spivey,    2153 Hamilton Avenue,    Abington, PA 19001-1730
aty            +MICHELLE LEE,    Georgette Miller & Associates,    119 South Easton Road,
                 Glenside, PA 19038-4525
13361243       +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                 El Segundo, CA 90245-3504
13249570       +Bureau of Collection Recovery, LLC,    7575 Corporate Way,    Eden Prairie, MN 55344-2022
13249572        CBE Group,   131 Tower Park Dr, Suite 100,    P.O. Box 900,    Waterloo, IA 50704-0900
13249575       +John Blalark,    353 Tulpehocken Avenue,    Elkins Park, PA 19027-1638
13249576       +KML Law Group, P.C.,    BNY Mellon Independence Center,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
13839965       +M&T Bank,   c/o Thomas Puleo, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
                 Phila., PA 19106-1541
13249579       +Med-Rev Recovery,    100 Metropolitan Dr,   Liverpool, NY 13088-5842
13249580       +Media Members Federal Credit Union,    800 River Rd,    Conshohocken, PA 19428-2632
13249582       +Mohela/Dept Of Ed,    633 Spirit Dr,   Chesterfield, MO 63005-1243
13379766       +Sadek and Cooper,    1315 Walnut Street,    Suite 302,   Philadelphia, PA 19107-4705
13249583       +Santander Consumer USA,    P.O. Box 961245,    Ft Worth, TX 76161-0244
13249584       +Trumark Financial,    1000 Northbrook Dr,   Trevose, PA 19053-8430
13249585       +Trumark Financial Credit Union,    1000 Northbrook Dr,    Trevose, PA 19053-8430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Sep 18 2019 03:50:00      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 18 2019 03:49:00      Pennsylvania Department of Revenue,
                 Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 18 2019 03:49:50      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
13249569       +E-mail/Text: EBNProcessing@afni.com Sep 18 2019 03:49:38      Afni, Inc.,    P.O. Box 3097,
                 Bloomington, IL 61702-3097
13260183        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 18 2019 03:59:48
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
13249571       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 18 2019 03:59:32      Capital One,
                 1680 Capital One Drive,    Mc Lean, VA 22102-3407
13249573       +E-mail/Text: julie.sim@eagleatlanticfinancial.com Sep 18 2019 03:50:45
                 Eagle Atlantic Financial Services,    4701 West 2100 South,    Salt Lake City, UT 84120-1223
13264773        E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 18 2019 03:49:41      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13249574       +E-mail/Text: BKRMailOPS@weltman.com Sep 18 2019 03:48:40      Jared-Galleria Of Jewelers,
                 375 Ghent Rd,    Fairlawn, OH 44333-4601
13249577       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 18 2019 04:01:04      LVNV Funding LLC,
                 P.O. Box 10497,    Greenville, SC 29603-0497
13360604        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 18 2019 04:01:00
                 LVNV Funding, LLC its successors and assigns as,    assignee of Capital One, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13360605        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 18 2019 03:58:36
                 LVNV Funding, LLC its successors and assigns as,    assignee of NCOP Capital II, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13360603        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 18 2019 03:58:36
                 LVNV Funding, LLC its successors and assigns as,    assignee of MCI Communications,
                 Services, Inc,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13360606        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 18 2019 03:58:40
                 LVNV Funding, LLC its successors and assigns as,    assignee of CVF Consumer Acquisition,
                 Company,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13249578        E-mail/Text: camanagement@mtb.com Sep 18 2019 03:48:40      M & T Bank,    1 Fountain Plz,
                 Buffalo, NY 14203
13366312        E-mail/Text: camanagement@mtb.com Sep 18 2019 03:48:40      M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240-1288
13249581       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 18 2019 03:49:28      Midland Funding,    8875 Aero Dr,
                 Ste 200,   San Diego, CA 92123-2255
13265345        E-mail/Text: ebn@vativrecovery.com Sep 18 2019 03:48:39      Palisades Acquisition IX, LLC,
                 Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Acquisition IX, L,
                 PO Box 40728,    Houston TX 77240-0728
13283005        E-mail/Text: bnc-quantum@quantum3group.com Sep 18 2019 03:48:48
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                                TOTAL: 19

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

```
District/off: 0313-2          User: DonnaR              Page 2 of 2            Date Rcvd: Sep 17, 2019
                              Form ID: 138NEW           Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2019 at the address(es) listed below:
```
          ANDREW F GORNALL    on behalf of Creditor    M&T BANK agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          GEORGETTE  MILLER    on behalf of Debtor Sharon R Blalark info@georgettemillerlaw.com,
           georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
           rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
           llerlaw.com
          GEORGETTE  MILLER    on behalf of Joint Debtor Darryl A Spivey info@georgettemillerlaw.com,
           georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
           rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
           llerlaw.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Sharon R Blalark and Darryl A Spivey
      Debtor(s)                                           Bankruptcy No: 14–11312–mdc
                                                                                 Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        900 Market Street
                            Suite 400
                       Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                  For The Court
                                                                   Timothy B. McGrath
                                                                       Clerk of Court

Dated: 9/17/19

                                                                                                                        156 – 155
                                                                                              Form 138_new